JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAWAN NAJI,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MERCEDES-BENZ USA, LLC; MISSION IMPORTS, a Corporation, dba MERCEDES-BENZ OF LAGUNA NIGUEL; and DOES 1 through 50, inclusive,<br><br>　　Defendants. | Case No.: 2:23-cv-03581-JLS-PD<br><br>**ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT** |

　　Having considered the parties' joint stipulation to remand case to Los Angeles County Superior Court and finding good cause, this entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles, Case No. 23STCV07498.

IT IS SO ORDERED.

DATED:  July 6, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE